IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3189 |
| | ) | |
| v. | ) | |
| | ) | ORDER TO STRIKE |
| BENJAMIN DUBAS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Plaintiff's motion,

IT IS ORDERED:

1.  Plaintiff's Motion to Strike (Filing #51) is granted; and

2   The Clerk of the Court is directed to Strike Filing No. 50 as incorrectly filed in this case.

DATED this 27th day of May, 2005.

s/Laurie Smith Camp
United States District Court Judge