PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 AUG -4  PM 1: 23

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

### UNITED STATES OF AMERICA

*v.*                    **Docket # 4:02CR3189**

### BENJAMIN J. DUBAS

On May 19, 2003, Benjamin Dubas was sentenced to 135 months custody followed by 60 months supervised release. On June 24, 2005, Mr. Dubas received a reduction of sentence to 54 months custody, to be followed by 60 months supervised release. The period of supervised release commenced January 26, 2007. Mr. Dubas has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Benjamin Dubas be discharged from supervision.

Respectfully submitted,

Kristy Burton
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___1st___ day of ___August___, 2008.

The Honorable Laurie Smith Camp
United States District Judge